```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
JACQUELINE FERNANDEZ, on behalf of                            :
himself and all other persons similarly situated,             :
                                                              :       24 Civ. 3796 (LGS)
                                      Plaintiffs,             :
                                                              :            ORDER
             -against-                                        :
                                                              :
INNOV8TIVE NUTRITION, INC.,                                   :
                                                              :
                                      Defendant.              :
-------------------------------------------------------------  :
                                                              X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: November 1, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE